# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0245
LT Case No. 2014-CF-187

_____

RIAD AKEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Clay County.
Mark Borello, Judge.

Riad Akel, Daytona Beach, pro se.

No Appearance for Appellee.


April 2, 2024


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., and BOATWRIGHT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____